UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARCI RAVENSCRAFT,

        Plaintiff,

v.

MERCHANTS & MEDICAL CREDIT
CORPORATION,

        Defendant.

Case No. 15-11163

Honorable John Corbett O'Meara

_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Darci Ravenscraft filed a three-count complaint in this court alleging the following causes of action: Count I, violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692; Count II, violations of Michigan's Occupational Code, Mich. Comp. Laws Ann. § 339.901; and Count III, the Telephone Consumer Protection Act, 47 U.S.C. § 227.

Although Plaintiff's causes of action arising under federal law are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations of the complaint are based solely on state law. The parties to this action are not diverse, and the court declines to exercise supplemental jurisdiction over Plaintiff's state law claim in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Therefore, it is hereby **ORDERED** that Count II is **DISMISSED.**

s/John Corbett O'Meara
United States District Judge

Date: June 2, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 2, 2015, using the ECF system.

s/William Barkholz
Case Manager